# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MARK MOORE | No. 3:15-cr-137 (VAB) |

## ORDER TO VACATE SUPERVISED RELEASE PETITION

On March 21, 2016, Mr. Moore was sentenced by the Court to 28 months' imprisonment followed by 3 years' supervised release after pleading guilty to Count One of the Indictment in case number 3:15-cr-00137-(VAB), which charged Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). In addition to the mandatory and standard conditions of release, the following special conditions were also imposed: (1) The defendant shall participate in a program recommended by the Probation Office and approved by the Court for inpatient or outpatient substance abuse treatment and testing; (2) The defendant shall participate in a program or course of study aimed at improving educational level or employment skills, for example, obtain a GED, participate in or complete a vocational training program; (3) The defendant shall complete 75 hours of community service at a rate of no less than 25 hours per year; (4) The defendant shall not possess a firearm, ammunition or other dangerous weapon; (5) The defendant shall submit his person, residence, office or vehicle to a search, conducted by a United States Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release; failure to submit to a search may grounds for revocation; the defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition; and (6)

The defendant shall not associate with, or be in the presence of, any members of the R2 gang or any other criminal organization. If found to be in the presence of such individuals, it will be assumed that such contact was for criminal purposes. Mr. Moore commenced supervised release on July 12, 2017, with an anticipated expiration date of July 13, 2020.

On November 13, 2017, a Petition for Warrant for Offender Under Supervision was submitted to the Court citing Mr. Moore for violating Mandatory Condition number 3 ("You must refrain from any unlawful use of a controlled substance . . . ."); Special Condition number 2 ("The defendant shall participate in a program recommended by the Probation Office and approved by the Court for inpatient or outpatient substance abuse treatment and testing"); and Mandatory Condition number 1 ("You must not commit another federal, state or local offense."). On November 13, 2017, the petition was signed by the Court and a warrant was issued for Mr. Moore's arrest. On November 15, 2017, Mr. Moore was taken into custody by the United States Marshals Service based upon the aforementioned warrant.

Mr. Moore was presented for an initial appearance before the Honorable Joan G. Margolis, United States Magistrate Judge, on November 15, 2017. Mr. Moore was ordered to be detained pending a Supervised Release Violation Hearing to be held before the Court on November 22, 2017.

On November 22, 2017, Mr. Moore appeared before the Court and was released from custody with the following additional conditions: (1) The defendant is placed in the custody of Lamar Coleman; (2) The defendant will submit to location monitoring as directed by supervising officer and comply with all of the program requirements and instructions provided; (3) Travel to New Haven or Hamden is prohibited.

On January 31, 2018, Mr. Moore appeared before the Court for a Supervised Release Violation hearing. Based upon Mr. Moore's progress while on supervision and an agreement between the parties, the matter was continued until August 13, 2018.

On August 13, 2018, the Court continued the matter in order to review the parties' anticipated filing(s) regarding the status of Mr. Moore.

Based upon information provided by the U.S. Probation Office for the District of Connecticut, the Court now finds that since being released by the Court on November 22, 2017, Mr. Moore has taken considerable steps to maintain compliance with supervised release conditions. Mr. Moore entered into and successfully completed a substance abuse treatment program (Community Renewal Team) on June 20, 2018. All drug screens taken since November 22, 2017 have been negative. There has been no further information to suggest that Mr. Moore has had any gang involvement or association. As ordered by the Court, and based upon information provided to Mr. Moore's federal probation officer, Mr. Moore has remained out of the New Haven area. In addition, Mr. Moore remains fully employed and compliant with remainder of his conditions or release. As such, the parties have agreed that the Supervised Release Petition should be vacated at this time.

Accordingly, the Court hereby orders that the warrant for violation of supervised released be vacated.

**SO ORDERED** at Bridgeport, Connecticut, this 11th day of January, 2019.

/s/ Victor A. Bolden
VICTOR A. BOLDEN
UNITED STATES DISTRICT JUDGE